# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **PENNS CROSSING** | : | **CIVIL ACTION** |
| **BUILDERS, et al.,** | : | |
|    **Plaintiffs** | : | |
| | : | |
| **vs.** | : | **NO. 10-3967** |
| | : | |
| **JELD-WEN, INC.,** | : | |
|    **Defendant** | : | |

## O R D E R

**AND NOW,** this   30th   day of September, 2011, upon consideration of the defendant's motion to dismiss (Document #5), the plaintiffs' response thereto (Document #24), and the defendant's reply (Document #30), IT IS HEREBY ORDERED that the motion is GRANTED in part and DENIED in part.

IT IS FURTHER ORDERED that:

1. Count One is dismissed with prejudice.

2. The motion is DENIED in all other respects.

                                              BY THE COURT:

                                              /s/ *Lawrence F. Stengel*
                                       LAWRENCE F. STENGEL, J.